# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0202. PHILLIP JONES v. JOSEPH YOUNGLINCOLN**

This case arises out of a boundary dispute between Phillip Jones and Joseph YoungLincoln, who own adjoining parcels of real property in Fulton County. At the trial of the case, the jury returned a verdict in favor of YoungLincoln on his claims for interference with enjoyment of property, continuing trespass, conversion, punitive damages, and attorney fees and costs. The trial court entered judgment on the verdict, and Jones filed a timely notice of appeal. After Jones failed to pay for or file a transcript, YoungLincoln moved to dismiss Jones's notice of appeal. The trial court granted that motion on December 22, 2023. Jones then filed this timely application for discretionary appeal, seeking review of the dismissal order.

"A trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *Sotter v. Stephens*, 291 Ga. 79, 81 (1) (727 SE2d 484) (2012) (punctuation omitted). And because Jones had a right of direct appeal from the order of final judgment, his notice of appeal was proper. See OCGA § 5-6-34 (a). Accordingly, Jones has a right of direct appeal from the order dismissing his appeal. See *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Jones shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1)

(362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/12/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*